UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


GARFIELD HOWARD, JR.                                    CIVIL ACTION

versus                                                             NO. 09-3547

ORLEANS CRIMINAL DISTRICT COURT             SECTION: "N" (1)
ORLEANS PARISH PRISON


## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and

Recommendation of the United States Magistrate Judge, and the failure any party to file any

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its own opinion.

Accordingly,

IT IS ORDERED that the petition of **Garfield Howard, Jr.**, for federal *habeas corpus* relief

is **DISMISSED. IT IS ORDERED** that Howard's § 2254 claims are **DISMISSED FOR LACK**

**OF SUBJECT MATTER JURISDICTION** and that his § 2241 claims are **DISMISSED**

**WITHOUT PREJUDICE.**

IT IS FURTHER ORDERED that petitioner's motion for recusal of Orleans Parish

Criminal District Court Judge Lynda Van Davis, Rec. Doc. 7, "Motion to Binding Precedent," Rec.

Doc. 9, and "Motion to Binding Precedent," Rec. Doc. 14, are **DENIED.**

New Orleans, Louisiana, this 19th day of January, 2010.


_____
UNITED STATES DISTRICT JUDGE